```
           FILED
    U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
    2000 FEB -2  P 4: 44
    LORETTA G. WHYTE
           CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| versus | * | NO.   00-0074 |
| WESLEY P. TAYLOR, Chief of the Environmental Health Division of the City of New Orleans Department of Health, SHELIA WEBB, Director of the City of New Orleans Department of Health, THE CITY OF NEW ORLEANS, HARRY CONNICK, District Attorney for the Parish of Orleans,  RICHARD P. IEYOUB, Attorney General of the State of Louisiana, and THE STATE OF LOUISIANA | * * * * * * * * | SECTION "K" MAGISTRATE 3 |

## LIMITED MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Edmond Ousset, and for the reasons set forth in the memorandum filed herewith, respectfully moves this Honorable Court to dismiss this matter with prejudice as to the defendant, State of Louisiana, only, reserving unto plaintiff any and all rights against the remaining defendants, Wesley P. Taylor, Chief of the Environmental Division of the City of New Orleans Department of Health, Shelia Webb, Director of the City of New Orleans Department of Health, the City of New Orleans, Harry Connick, District

DATE OF ENTRY FEB 0 8 2000



Attorney for the Parish of Orleans, Louisiana, and Richard P. Ieyoub, Attorney General of the State of Louisiana.

The Office of the Attorney General of the State of Louisiana, through its Assistant Attorney General, Paul LeBlanc, Esq., has expressed **"No Objection"** to this motion.

Respectfully moved:

BACH & WASSERMAN

By: */s/ Gerald Wasserman*
Sidney M. Bach, T.A. (#2661)
Gerald Wasserman (#13253)
3939 N. Causeway Blvd., Suite 400
Metairie, La. 70002
Tel. (504) 846-5700

## CERTIFICATE OF SERVICE

I hereby certify that I have on ___January 28, 2000___ served a copy of the foregoing pleading on counsel for all parties to these proceedings, by mailing the same via the United States Postal Service, properly addressed, and first class postage prepaid.

*/s/ Gerald Wasserman*
Sidney M. Bach
Gerald Wasserman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | NO.   00-0074 |
| | * | |
| WESLEY P. TAYLOR, Chief of the Environmental | * | SECTION "K" |
| Health Division of the City of New Orleans Department | * | |
| of Health, SHELIA WEBB, Director of the City of | * | MAGISTRATE 3 |
| New Orleans Department of Health, THE CITY OF | * | |
| NEW ORLEANS, HARRY CONNICK, District Attorney | * | |
| for the Parish of Orleans,  RICHARD P. IEYOUB, | * | |
| Attorney General of the State of Louisiana, and | * | |
| THE STATE OF LOUISIANA | * | |

**ORDER**

Considering plaintiff's Limited Motion to Dismiss With Prejudice,

IT IS HEREBY ORDERED that the above entitled and numbered action be, and the same is hereby, dismissed with prejudice as to the defendant, State of Louisiana, only, reserving unto plaintiff any and all rights against the remaining defendants, Wesley P. Taylor, Chief of the Environmental Division of the City of New Orleans Department of Health, Shelia Webb, Director of the City of New Orleans Department of Health, the City of New Orleans, Harry Connick, District Attorney for the Parish of Orleans, Louisiana, and Richard P. Ieyoub, Attorney General of the State of Louisiana.

New Orleans, Louisiana, this 8th day of February, 2000.

_____
JUDGE