

FILED
U.S. DISTRICT COURT

2000 FEB 28 · P 4: 24

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | NO.   00-0074 |
| | * | |
| WESLEY P. TAYLOR, ET AL | * | SECTION "K"(3) |
| | * | |

**MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO MOTION TO DISMISS**

Plaintiff, Edmond Ousset, through undersigned counsel, respectfully moves the Court for

leave to file the hereto attached Supplemental Memorandum in Opposition to Motion to Dismiss.

Pursuant to Uniform District Court Rule 2.08, plaintiff's undersigned counsel respectfully

represents that on February 28, 2000 he contacted defendant's attorney, Paul LeBlanc, Esq., who has

expressed "NO OBJECTION" to this motion.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I hereby certify that I have on _____February 28, 2000_____
served a copy of the foregoing pleading on counsel for all
parties to these proceedings, by mailing the same via the
United States Postal Service, properly addressed, and first
class postage prepaid.

_____
GERALD WASSERMAN

BACH & WASSERMAN

By: _____
Sidney M. Bach, T.A. (#2661)
Gerald Wasserman (#13253)
3939 N. Causeway Blvd., Suite 400
Metairie, La. 70002
Tel. (504) 846-5700

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____

**MAR 1  2000**

DATE OF ENTRY _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                              |   |                 |
|------------------------------|---|-----------------|
| EDMOND OUSSET                | * | CIVIL ACTION    |
|                              | * |                 |
| versus                       | * | NO.   00-0074   |
|                              | * |                 |
| WESLEY P. TAYLOR, ET AL      | * | SECTION "K"(3)  |
|                              | * |                 |

## ORDER

Considering plaintiff's Motion for Leave to File Supplemental Memorandum,

**IT IS HEREBY ORDERED** that plaintiff be and is hereby granted leave to file his

Supplemental Memorandum in Opposition to Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
JUDGE