

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| versus | * | NO.   00-0074 |
| WESLEY P. TAYLOR, ET AL | * | SECTION "K"(3) |

## MOTION FOR LEAVE TO SUPPLEMENT EXHIBITS

Plaintiff, Edmond Ousset, through undersigned counsel, respectfully moves the Court for leave to supplement the exhibits previously submitted by plaintiff to the Court in opposition to defendants' Motion to Dismiss with the hereto-attached article which appeared in the March 17, 2000 edition of the Times-Picayune.

**CERTIFICATE OF SERVICE**

I hereby certify that I have on ____March 23, 2000____ served a copy of the foregoing pleading on counsel for all parties to these proceedings, by mailing the same via the United States Postal Service, properly addressed, and first class postage prepaid.

_____
SIDNEY M. BACH

Respectfully moved:

BACH & WASSERMAN

By: _____
Sidney M. Bach, T.A. (#2661)
Gerald Wasserman (#13253)
3939 N. Causeway Blvd., Suite 400
Metairie, La. 70002
Tel. (504) 846-5700

DATE OF ENTRY
MAR 3 0 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| versus | * | NO.   00-0074 |
| WESLEY P. TAYLOR, ET AL | * | SECTION "K"(3) |

### ORDER

Considering plaintiff's Motion for Leave to Supplement Exhibits,

**IT IS HEREBY ORDERED** that plaintiff be and is hereby granted leave to supplement the exhibits previously submitted in opposition to defendants' Motion to Dismiss with hereto-attached article which appeared in the March 17, 2000 edition of the <u>Times-Picayune</u>.

New Orleans, Louisiana, this 24th day of March, 2000.

_____
JUDGE

Case 2:00-cv-00074-SRD    Document 8    Filed 03/29/2000    Page 3 of 3

The Times-Picayune

# NEW ORLEANS

AND THE METRO AREA

SECTION
B
A/B
Friday,
March 17, 2000

## Council asks citizens for support

## Morial unveils 'Blight Busters'

*Plan to push legal work, renovation incentive*

**By Coleman Warner**
Staff writer

In his most sweeping plan to date for tackling abandoned housing in New Orleans, Mayor Marc Morial said Thursday that his administration is beefing up its legal work and giving more help to people who want to renovate blighted houses.

As part of the "Blight Busters" plan unveiled during a City Council meeting, Morial promised to push the district attorney's office to use a new state law to prosecute owners of abandoned houses. He said his administration also will accept outside legal help to revive an effort to auction properties with chronic code violations.

"Our war on blight has just

*See* **BLIGHT**, *B-2*

**BLIGHT**, *from B-1*

begun," Morial said. Still, he said, "it would be foolish not to recognize the progress we have made" in the past few years.

Since Morial took office in 1994, city programs have encouraged or financed the rehabilitation of more than 6,000 rundown houses, according to Morial and his chief housing aide, Vincent Sylvain.

The mayor conceded that his plan — a blend of new and previously reported ideas for fighting blight — came partly in response to pressure from Councilman Oliver Thomas and the activist group All Congregations Together. Thomas heads the council's Housing and Human Needs Committee, and ACT has long worked on neighborhood blight problems.

Thomas and Sister Mary Anne Hebert, an ACT leader and a staff member of St. Peter Claver Church in Treme, praised Morial's initiative. "We support it," Hebert said. "It addresses many of the housing issues."

Morial's plan calls for:

▶ Creating a unit in the city attorney's office to work solely on housing issues. It will be staffed by five lawyers, a legal assistant and three support workers and will be led by Deputy City Attorney Kristi Kendrick, a veteran in the field of real estate law. The unit will address the city's long-standing problem of fragmented and weak legal work on blight.

▶ Forming a Lien Waiver Committee at City Hall to bring together the departments involved with placing liens on properties with unpaid fines for code violations. The committee will expedite the lifting of code liens if a buyer produces a plan for renovation. However, the administration hasn't found a way to lift tax liens that also pose obstacles to purchases and renovations.

▶ Working closely with the district attorney's office on criminal charges against owners of slum property. A new state law sought by Morial allows misdemeanor state charges to be brought against property owners, with punishments ranging from a $500 fine on a first offense to a $2,000 fine and 80 hours of community service on a third.

▶ Seeking approval from the state Board of Commerce and Industry to freeze for five years the assessed property value of any New Orleans house that has been renovated after being declared officially blighted. That would be an incentive to tackle difficult renovations, advocates say.

▶ Working with Tulane University's Environmental Law Clinic to resurrect Project Renew, which seeks to use lawsuits to seize and resell chronically blighted properties. Launched by Morial in 1997, the program languished after the Law Department faced complications with a test case.

Morial's initiative will let law professors and students carry out preliminary work on Project Renew cases.

Morial and Thomas said it's not surprising that the city has huge problems with abandoned houses, considering New Orleans' population has fallen by more than 100,000 in the past few decades.

Expressing strong support for Morial's plan, City Council members urged citizens to keep working on the blight problem.

"We still need your support, especially in prosecuting these (criminal) cases," Councilwoman Ellen Hazeur-Distance said. "We need witnesses."

Council President Eddie Sapir, a former Municipal Court judge, said housing problems may be resolved more quickly in the future if his dream of a special housing court for criminal and civil matters is realized. Sapir has been working on the idea with state Sen. Lambert Boissiere, D-New Orleans, and other lawyers.