UNITED STATES DISTRICT COURT
FILED

| May 19, 2000 |

EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

MINUTE ENTRY
DUVAL, J.
May 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDMOND OUSSET                          CIVIL ACTION

VERSUS                                 NO: 00-74

WESLEY P. TAYLOR, ET AL                SECTION: "K"(3)

# CALL DOCKET

The above-captioned matter was filed on January 10, 2000. There is no record of service on or appearance by defendant, Harry Connick, District Attorney fo the Parish of Orleans. Accordingly,

IT IS ORDERED that plaintiff shall show cause on or before June 20, 2000, by written memorandum or motion, as is appropriate, why this person should not be dismissed for plaintiff's failure to serve within 120 days of filing the complaint as required under Fed. R. Civ. P. 4(m), Accordingly,

**FAILURE TO COMPLY WITH THIS MINUTE ENTRY SHALL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

DATE OF ENTRY
MAY 2 2 2000

___Fee_____
___Process_____
___Docket_____
___CtRm Dep____
___Document No___

DATE OF ENTRY: _____