UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE 3 |
| | * | |

### MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Edmond Ousset, and respectfully moves this Honorable Court for leave to file the First Supplemental and Amended Complaint in the form and substance of the "First Supplemental and Amended Complaint" attached hereto.

Counsel for mover respectfully represents to the Court that opposing counsel has been furnished a draft of the proposed First Supplemental and Amended Complaint and have expressed **"No Objection"** to the filing thereof.

Respectfully submitted:

**BACH & WASSERMAN**

By: /s/ Gerald Wasserman
SIDNEY M. BACH (#2661)
GERALD WASSERMAN (#13253)
3939 N. Causeway Blvd., Suite 400
Metairie, La. 70002
Tel. (504) 846-5700

DATE OF ENTRY
AUG 0 9 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE 3 |
| | * | |

### **O R D E R**

Considering the plaintiff's motion to amend and supplement his original complaint, and there being "No Objection" expressed thereto by counsel for the defendants,

**IT IS HEREBY ORDERED** that plaintiff be granted leave to file its First Supplemental and Amended Complaint.

New Orleans, Louisiana this 8th day of August, 2000.

_____
JUDGE