FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 13 AM 2: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EDMOND OUSSET          *          CIVIL ACTION
                                  *
versus                            *          No. 00-0074
                                  *
WESLEY P. TAYLOR, et al           *          SECTION:  K
                                  *
                                  *          MAGISTRATE:  3
                                  *

## MOTION FOR EXTENSION OF TIME

ON MOTION of René N. Steinkamp ("Steinkamp"), Code Enforcement

Administrator of the Mayor's Division of Housing and Neighborhood Development of

the City of New Orleans, pursuant to F. R. Civ. P. 4(d)(3) and ULR 7.9E, and on

suggesting to the court that:

1.  Steinkamp was served with the plaintiff's First Supplemental and Amended

Complaint (the "Amended Complaint") and a Notice of Lawsuit and Request for Waiver

of Service of Summons (the "Notice") on or about August 4, 2000.  Steinkamp

acknowledges that the delays allowed him for responding to the Amended Complaint, as

set forth in the Notice, have expired.

2.  Shortly after service of the Amended Complaint and the Notice, Steinkamp

delivered a copies of both documents to the Law Department of the City of New Orleans.

DATE OF ENTRY

OCT 2 7 2000



19

3. The Department of Law of the City of New Orleans has recently completed an internal reorganization. Over the last several months, a special Housing Section has been created to deal more effectively with the housing and neighborhood problems in the City of New Orleans. The Housing Section has also had to move its offices twice during the period of reorganization which has caused some difficulty in assigning and managing cases.

4. Due to the reorganization of the Law Department of the City of New Orleans and, specifically, the establishment of a new Housing Section of that department, all of which was taking place between the time Steinkamp was served with the Amended Complaint and the Notice and the present time, inadvertent delays were experienced in the assignment of counsel to represent Steinkamp. Thus, Steinkamp has not responded to the Amended Complaint.

5. The establishment of the Housing Section of the Law Department has been substantially completed, and Merlis J. Broussard, Jr. ("Broussard") and Edmond G. Miranne, Jr. ("Miranne, Jr.") have been assigned to represent René N. Steinkamp in this case in his capacity as Code Enforcement Administrator of the Mayor's Division of Housing and Neighborhood Development of the City of New Orleans.

6. Undersigned counsel for Steinkamp certify that (i) no previous extension of time to plead has been granted in this case; (ii) opposing parties have not filed in the record an objection to an extension of time; (iii) that Kristine B. Kendrick conferred with Sidney M. Bach, counsel for the plaintiff, and Mr. Bach has no objection to this motion; and (iv) Miranne, Jr. conferred with William F. Wessel, counsel  for Harry Connick, and

Joseph V. DiRosa and Eric Oliver Person, counsel for the City of New Orleans, and Mr. Wessel, Mr. DiRosa and Mr. Person have no objection to this motion.

WHEREFORE, Steinkamp respectfully requests that the time within which he may respond to the First Supplemental and Amended Complaint be extended to and including Wednesday, October 25, 2000.

Respectfully submitted,

_____
**MERLIS J. BROUSSARD, JR.   (#20127)**
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)299-4850

_____
**EDMOND G. MIRANNE, JR.   (#9957)**
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)299-4850

**KRISTINE B. KENDRICK**
**DEPUTY CITY ATTORNEY**

**MAVIS S. EARLY**
**CITY ATTORNEY**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that prior to filing a copy of the foregoing Motion for Extension of

Time was this date delivered or forwarded to the following:

Sidney M. Bach                        William F. Wessel
Gerald Wasserman                      127 Camp Street
3939 N. Causeway Blvd.                New Orleans, LA 70130
Metairie, LA 70002                    Attorney for Defendant,
Attorneys for Plaintiff,                Harry Connick
  Edmond Ousset

Joseph V. DiRosa
Eric Oliver Person
Room 5E01 - City Hall
1300 Perdido Street
New Orleans, LA 70112
Attorneys for Defendant,
  City of New Orleans

by delivering it in person or by mailing it via the United States Postal Service, properly

addressed, and first class postage prepaid.

New Orleans, Louisiana this 13th day of _October_____, 2000.


_____
MERLIS J. BROUSSARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | No. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 3 |
| | * | |

## ORDER

Considering the foregoing unopposed Motion for Extension of Time filed by defendant, René N. Steinkamp;

IT IS ORDERED that the Motion for Extension of Time filed by René N. Steinkamp be and it is hereby:

[ ✓ ] GRANTED          [    ] DENIED

IT IS FURTHER ORDERED that René N. Steinkamp be and he is hereby granted an extension of time to respond to the Amended Complaint up to and including October 25, 2000.

New Orleans, Louisiana this _26th_ day of _Ochber_, 2000

_____

UNITED STATES DISTRICT JUDGE