```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2000 OCT 13 AM 2:57

                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| versus | * | No. 00-0074 |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | MAGISTRATE: 3 |

### MOTION FOR CONTINUANCE OF TRIAL AND RESCHEDULING OF DEADLINES, CUT-OFF DATES AND LIMITS FIXED IN PRELIMINARY CONFERENCE ORDER

ON MOTION of defendants, Wesley P. Taylor ("Taylor"), Chief of the Environmental Health Division of the Department of Health of the City of New Orleans; Sheila Webb ("Webb"), Director of the Department of Health of the City of New Orleans; and René N. Steinkamp ("Steinkamp"), Code Enforcement Administrator of the Mayor's Division of Housing and Neighborhood Development of the City of New Orleans, and on suggesting to the court that:

1. The Department of Law of the City of New Orleans has recently completed an internal reorganization. Over the last several months, a special Housing Section has been created to deal more effectively with the housing and neighborhood problems in the City of New Orleans. The Housing Section has also had to move its offices twice during the

```
DATE OF ENTRY
OCT 27 2000
```



period of reorganization which has caused some difficulty in assigning and managing cases.

2. Due to such reorganization, inadvertent delays in the prosecution and defense of cases involving issues related to housing have also occurred.

3. Within the last two weeks, however, the establishment of the Housing Section of the Law Department has been substantially completed. Merlis J. Broussard, Jr. ("Broussard") and Edmond G. Miranne, Jr. ("Miranne. Jr.") of said section have just been assigned to represent Taylor, Webb and Steinkamp in this case and have filed herein appropriate motions regarding such representation.

4. Due to the inadvertent delays hereinabove explained, Broussard and Miranne require additional time to investigate the facts of this case, consider discovery options, and prepare for trial in this matter.

5. Undersigned counsel for Taylor, Webb and Steinkamp certify that (i) no previous continuance of trial has been granted in this case; (ii) opposing parties have not filed in the record an objection to a continuance of trial set for January 8, 2001; (iii) Mavis S. Early conferred with Sidney M. Bach, counsel for the plaintiff, and Mr. Bach has no objection to this motion; and (iv) Miranne, Jr. conferred with William F. Wessel, counsel for Harry Connick, and Joseph V. DiRosa and Eric Oliver Person, counsel for the City of New Orleans, and Mr. Wessel, Mr. DiRosa and Mr. Person have no objection to this motion.

WHEREFORE, Taylor, Webb and Steinkamp respectfully requests that the trial of this matter set for January 8, 2001 be continued; that the deadlines, cut-off dates and

other limits fixed in the Preliminary Conference Order entered on June 21, 2000 be vacated; and that another conference with the court be held between all counsel of record for the purpose of establishing a new trial date and new deadlines, cut-off dates and other limits addressed in Preliminary Conference Orders.

Respectfully submitted,

**MERLIS J. BROUSSARD, JR.  (#20127)**
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)299-4850

**EDMOND G. MIRANNE, JR.  (#9957)**
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)299-4850

**KRISTINE B. KENDRICK**
**DEPUTY CITY ATTORNEY**

**MAVIS S. EARLY**
**CITY ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that prior to filing a copy of the foregoing Motion for Continuance of Trial and Rescheduling of Deadlines, Cut-Off Dates and Limits Fixed in Preliminary Conference Order was this date delivered or forwarded to the following:

Sidney M. Bach
Gerald Wasserman
3939 N. Causeway Blvd.
Metairie, LA 70002
Attorneys for Plaintiff,
 Edmond Ousset

William F. Wessel
127 Camp Street
New Orleans, LA 70130
Attorney for Defendant,
 Harry Connick

Joseph V. DiRosa
Eric Oliver Person
Room 5E01 - City Hall
1300 Perdido Street
New Orleans, LA 70112
Attorneys for Defendant,
 City of New Orleans

by delivering it in person or by mailing it via the United States Postal Service, properly addressed, and first class postage prepaid.

New Orleans, Louisiana this 13th day of October, 2000.

_____
MERLIS J. BROUSSARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | No. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 3 |
| | * | |

## ORDER

Considering the foregoing unopposed Motion for Continuance of Trial and Rescheduling of Deadlines, Cut-Off Dates and Limits Fixed in Preliminary Conference Order filed by Wesley P. Taylor, Sheila Webb and René N. Steinkamp;

IT IS ORDERED that the Motion for Continuance of Trial and Rescheduling of Deadlines, Cut-Off Dates and Limits Fixed in the Preliminary Conference Order entered on June 21, 2000, filed by Wesley P. Taylor, Sheila Webb and René N. Steinkamp, be and it is hereby:

[ ✓ ] GRANTED          [   ] DENIED

IT IS FURTHER ORDERED that the trial of this matter, set for January 8, 2001, be and it is hereby continued to the __2nd__ day of __April__, 2001 at __8:30__ o'clock __A__.M.



~~IT IS FURTHER ORDERED that counsel for all parties attend a Preliminary Conference before this court on the ____ day of _____, 2001 at _____ o'clock ____ .M. for the purpose of rescheduling deadlines, cut-off dates and other limits.~~ *See minute entry October 26, 2000.*

New Orleans, Louisiana this 26th day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE