Case 2:00-cv-00074-SRD   Document 21   Filed 10/13/2000   Page 1 of 5



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | No. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 3 |
| | * | |

## MOTION FOR SUBSTITUTION OF COUNSEL

ON MOTION of Wesley P. Taylor ("Taylor"), Chief of the Environmental Health Division of the Department of Health of the City of New Orleans and Sheila Webb ("Webb"), Director of the Department of Health of the City of New Orleans, and on suggesting to the court that:

1. The Department of Law of the City of New Orleans has recently completed an internal reorganization. Over the last several months, a special Housing Section has been created to deal more effectively with the housing and neighborhood problems in the City of New Orleans. The Housing Section has also had to move its offices twice during the period of reorganization which has caused some difficulty in assigning and managing cases.

2. The representation of Taylor and Webb in this case has been assigned to the





newly created Housing Section of the Law Department. Specifically Merlis J. Broussard, Jr. and Edmond G. Miranne, Jr. have been assigned to represent Taylor and Webb their aforesaid capacities.

3. This substitution is to allow the representation of Taylor and Webb to be in accord with division of functions created by the recent reorganization of the Law Department of the City of New Orleans and is not filed for dilatory purposes.

WHEREFORE, Taylor and Webb pray that the court grant this motion allowing Merlis J. Broussard, Jr. and Edmond G. Miranne, Jr. to be substituted for Joseph V. DiRosa and Eric Oliver Person as counsel of record for them in this case.

Respectfully submitted,

_____
JOSEPH V. DIROSA   (#4959)
DEPUTY CITY ATTORNEY
ROOM 5E01 - CITY HALL
1300 PERDIDO STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)565-6200

_____
ERIC OLIVER PERSON   (#10530)
DEPUTY CITY ATTORNEY
ROOM 5E01 - CITY HALL
1300 PERDIDO STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)565-6200

_/s/ Merlis Broussard_
MERLIS J. BROUSSARD, JR. (#20127)
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70112
TELEPHONE: (504)299-4850

_/s/ Edmond Miranne_
EDMOND G. MIRANNE, JR. (#9957)
ASSISTANT CITY ATTORNEY
ROOM 1121
1340 POYDRAS STREET
NEW ORLEANS, LA 70113
TELEPHONE: (504)565-6200

**KRISTINE B. KENDRICK**
**DEPUTY CITY ATTORNEY**

**MAVIS S. EARLY**
**CITY ATTORNEY**

## CERTIFICATE OF SERVICE

I hereby certify that prior to filing, a copy of the foregoing Motion for Substitution of Counsel was this date delivered or forwarded to the following:

Sidney M. Bach  
Gerald Wasserman  
3939 N. Causeway Blvd.  
Metairie, LA 70002  
Attorneys for Plaintiff,  
   Edmond Ousset  

William F. Wessel  
127 Camp Street  
New Orleans, LA 70130  
Attorney for Defendant,  
   Harry Connick  

Joseph V. DiRosa  
Eric Oliver Person  
Room 5E01 - City Hall  
1300 Perdido Street  
New Orleans, LA 70112  
Attorneys for Defendant,  
   City of New Orleans  

by delivering it in person or by mailing it via the United States Postal Service, properly addressed, and first class postage prepaid.

New Orleans, Louisiana this_____day of_____, 2000.

_____  
MERLIS J. BROUSSARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDMOND OUSSET | * | CIVIL ACTION |
| | * | |
| versus | * | No. 00-0074 |
| | * | |
| WESLEY P. TAYLOR, et al | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 3 |
| | * | |

## ORDER

Considering the foregoing Motion for Substitution of Counsel filed by Wesley P. Taylor and Sheila Webb;

IT IS ORDERED that the Motion for Substitution of Counsel filed by Wesley P. Taylor and Sheila Webb be and it is hereby:

[ ✓ ] GRANTED          [   ] DENIED

IT IS FURTHER ORDERED that Merlis J. Broussard, Jr. and Edmond G. Miranne, Jr. be and they are hereby substituted for Joseph V. DiRosa and Eric Oliver Person as counsel of record for Wesley P. Taylor and Sheila Webb in this case.

New Orleans, Louisiana this 26th day of October, 2000



UNITED STATES DISTRICT JUDGE