

MINUTE ENTRY
DUVAL, J.
October 26, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMOND OUSSET** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0074** |
| **WESLEY TAYLOR, et al** | **SECTION "K"(3)** |

Attending a telephonic status conference held this day were:

Gerald Wasserman for plaintiff;
Edmond Mirrane for defendants Taylor, Webb and Steinkamp;
Eric Person for defendant City of New Orleans and;
William Wessel for defendant Harry Connick.

The Court inquired into the status of the case, especially as to the Motion to Continue filed by the parties, and was informed that there are major organizational problems. The parties advised the Court that the City of New Orleans has recently revamped its law department, assigning said case to attorneys with little knowledge of the facts or law. The Court advised that it would grant one continuance only. The Court informed plaintiff of his responsibility to initiate settlement negotiations with the Magistrate. The Court advised the parties that the Courtroom Deputy would





issue a new scheduling order to reflect the new dates. Accordingly,

**IT IS ORDERED** that the trial of this matter be **CONTINUED** to **April 2, 2001**. The Pre-Trial Conference shall held on **March 20, 2001** at **8:30 a.m.**