```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              NOV 17 2000

                                              LORETTA G. WHYTE
                                                   CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 16, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDMOND OUSSET                                   CIVIL ACTION NO. 00-0074

versus                                          SECTION: "K" (3)

WESLEY P. TAYLOR, ET AL

     A settlement conference is scheduled in the above-captioned case on December 18, 2000, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

     **On or before December 12, 2000,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

                                                    LANCE M. AFRICK
                                                    UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
NOV 1 7 2000