```
                                          FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                    2000 DEC 19  PM 4:14
                                      DEC 19 2000
                                    LORETTA G. WHYTE
                                          CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**December 18, 2000**

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDMOND OUSSET**                                  CIVIL ACTION NO. 00-0074

versus                                              SECTION: "K" (3)

**WESLEY P. TAYLOR, ET AL**

A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. Magistrate Judge's chambers have been notified. Counsel are thanked for their assistance.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**