

MINUTE ENTRY
AFRICK, M.J.
DECEMBER 27, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDMOND OUSSET | CIVIL ACTION |
| VERSUS | NO: 00-0074 |
| WESLEY P. TAYLOR, ET AL | SECTION: "K"(3) |

Before this Court is plaintiff's motion to substitute parties. The case has been settled. Accordingly,

IT IS ORDERED that this motion is DISMISSED as moot.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 2 8 2000