

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

DEC 28 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EDMOND OUSSET                                CIVIL ACTION NO. 00-0074

versus                                       SECTION: "K" (3)

WESLEY P. TAYLOR, ET AL

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a settlement and compromise, and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within forty five days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 28th day of December, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 28 2000

___Fee___
___Process___
_X_ Dktd
___ CtRmDep
Doc.No. 29