

**MINUTE ENTRY**
**AFRICK, M.J.**
**February 9, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**EDMOND OUSSET**                    CIVIL ACTION NO. 00-0074

versus                               SECTION: "K" (3)

**WESLEY P. TAYLOR, ET AL**

    **IT IS ORDERED** that a status conference will be held in the above-captioned case on February 15, 2001, at 8:30 A.M. in the undersigned Magistrate Judge's chambers located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

                                                      **LANCE M. AFRICK**
                                                      **UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**



DATE OF ENTRY
FEB 1 2 2001