

**MINUTE ENTRY**
**AFRICK, M.J.**
**February 13, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDMOND OUSSET**                                CIVIL ACTION NO. 00-0074

versus                                          SECTION: "K" (3)

**WESLEY P. TAYLOR, ET AL**

At the request of counsel, the status conference presently scheduled in the above-captioned case on February 15, 2000, **IS HEREBY CANCELLED.**

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
FEB 15 2001